JOSEPH M. HAWKINS and MARY E. HAWKINS, Respondents, v. THOMAS ROSSI and CARL LANG, Appellants. LOUIS G. KUSTAS and PETER CHAMBERAS, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JONES E. HENRY, Respondent, v. STONY POINT REALTY CORPORATION, STONY POINT OPERATING COMPANY, INC., and PAUL GOLDTHORPE, Appellants, Impleaded with Others.— Order directing plaintiff to serve an amended complaint in which he shall separately state and number the causes of action arising out of the contract referred to in the sixth paragraph of his complaint, and denying defendants' motion in all other respects, affirmed, with ten dollars costs and disbursements to respondent. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., for the Purpose of Establishing a Public Beach between the Southerly Prolongation of the Easterly Side of Ocean Parkway and the Prolongation of the Westerly Line of West 37th Street, etc., in the Borough of Brooklyn, etc. In the Matter of the Application of MARY A. HENRY, as Committee, etc.— Order directing payment of award modified by striking out the provision for the giving of a bond by committee of incompetent. As thus modified the order is affirmed, without costs. There is no statutory warrant for the giving of such a bond. The undisputed facts here show a duly appointed committee of the incompetent whose property was taken. The situation does not differ from the case of a theretofore unknown owner whose identity was later established and the award directed to be paid accordingly. The order appealed from, based upon the undisputed facts, makes the necessary recitals and provisions for the protection of the comptroller against any possible claim for second payment. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

In the Matter of the Application of BERTHA McGOVERN, Administratrix of the Estate of JOSEPH McGOVERN, Also Known as JOSEPH McGOWAN, Deceased, for an Inquiry Respecting the Personal Property of Said Deceased.— Decree of the Surrogate's Court of Kings county unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

PAUL A. KAHN, Appellant, v. LOUIS IMERSHEIN and GERTY RESNICK, Respondents.— Order granting defendants' motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements, and with leave to plaintiff to plead over on payment of said costs within twenty days from the entry of the order herein. In the event of service of such amended pleading, the judgment directed to be entered by said order is vacated. Kelly, P. J., Manning and Kapper, JJ., concur; Jaycox, J., with whom Lazansky, J., concurs, dissents and votes to reverse the order and vacate the judgment upon the ground that the complaint in any event states a cause of action to recover the installment of $22,000 due on August 11, 1925.